**Order entered April 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01186-CR

**KEITH ALLEN FOSTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80380-2014**

## ORDER

Appellant's April 20, 2015 third motion to extend the time to file appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **April 24, 2015**. If appellant's brief is not filed by April 24, 2015, this appeal will be abated so that the trial court can make findings in accordance with rule of appellate procedure 38.8.

/s/     LANA MYERS
         JUSTICE